**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LIONEL JAMES G.L.,

                Plaintiff,                      23 **CIVIL** 3204 (CS)(GRJ)

      -v-                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated April 8, 2024, no objections to the Report and Recommendation (the "R&R") have been received, and accordingly the Court has reviewed it for clear error. Finding none, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is granted, and the case is remanded to the Commissioner for further proceeding under sentence four of Section 405(g) of the Social Security Act.

**Dated:**  New York, New York
         April 8, 2024

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                  **Clerk of Court**

                            **BY:**         *K. Mango*
                                                                _____
                                                                  **Deputy Clerk**